**Order entered July 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

We **GRANT** appellee's July 22, 2014 first unopposed motion to extend time to file brief

and **ORDER** the brief be filed no later than August 15, 2014.


/s/      ELIZABETH LANG-MIERS
         JUSTICE